# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KEITH NESBITT,

          Petitioner,

     vs.

J. TIM OCHOA, Warden,

          Respondent.

) Case No.  CV 10-9434-CJC (DTB)
)
)
) **J U D G M E N T**
)
)
)
)
)
)

     In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

     IT IS HEREBY ADJUDGED that the this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:    June 10, 2011

 

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE